UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

DULCE URENA,

              Plaintiff,

    -against-

RES CARE INC. et al,

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

09 Civ. 3953 (WHP)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

        The parties having appeared for a conference on August 7, 2009, the following schedule is established on consent:

1.  All discovery shall be complete by December 31, 2009;

2.  The parties shall submit any letter regarding expert discovery by December 15, 2009;

3.  The parties shall submit a joint pre-trial order in accord with this Court's individual practices by February 5, 2010; and

4.  The Court will hold a final pre-trial conference on February 11, 2010 at 11:00 a.m.

Dated:    August 7, 2009
          New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record*:

James I. Meyerson, Esq.
Law Office of James I. Meyerson
64 Fulton Street, Suite 502
New York City , NY 10038
     and
Colleen Margaret Meenan, Esq.
Mennan and Associates LLC
64 Fulton Street, Suite 502
New York , NY 10038
*Counsel for Plaintiff*

Stephen Donahue, Esq.
Hardin, Kundla, McKeon, Poletto, PA
110 William Street
25th Floor
New York , NY 10038
*Counsel for Defendants*