```
                                              USDC SDNY
UNITED STATES DISTRICT COURT                  DOCUMENT
SOUTHERN DISTRICT OF NEW YORK                 ELECTRONICALLY FILED
                                              DOC# _____
------------------------------------ x        DATE FILED: 9/18/09

DULCE URENA,                          :

                 Plaintiff,           :       09 Civ. 3953 (WHP) (AJP)

        -against-                     :       **ORDER**

RES CARE, INC., et al.,                :

                 Defendants.          :

------------------------------------ x
```

**ANDREW J. PECK, United States Magistrate Judge:**

For the reasons stated at today's conference (see transcript), defendant Res Care, Inc. (not its counsel) is sanctioned $520 payable to plaintiff, and $1,000 payable to the Clerk of Court, both to be paid by September 25, 2009, for Res Care's representative's failure to attend today's conference.

The settlement conference is rescheduled for October 22, 2009 at 9:30 a.m. Discovery is to proceed and there is no extension of the December 31, 2009 discovery cutoff.

SO ORDERED.

Dated:   New York, New York
         September 18, 2009

                                    _____
                                    Andrew J. Peck
                                    United States Magistrate Judge

Copies **by fax & ECF** to:   Colleen Margaret Meenan, Esq.
                              James I. Meyerson, Esq.
                              Stephen Donahue, Esq.
                              Judge William H. Pauley III

C:\OPIN\